THOMAS CONNORS, Respondent, *v.* MICHAEL NOONE, as Trustee under the Will of ANNE TRESNAN, Deceased, Appellant.

*Connors* v. *Noone*, 84 App. Div. 632, affirmed.
(Submitted October 28, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Kilby & Norris* for appellant.

*John N. Carlisle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.